GIBSON, DUNN & CRUTCHER
BENJAMIN WAGNER
bwagner@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MD HELICOPTERS, INC.
William R. Black
william.black@mdhelicopters.com
4555 East McDowell Road
Mesa, Arizona 85215
Telephone: (480) 346-6410
Facsimile: (480) 346-6410

HOLLEY, DRIGGS, WALCH, FINE, PUZEY,
STEIN & THOMPSON
Michael R. Ayers
mayers@nevadafirm.com
800 South Meadows Parkway
Suite 800
Reno, Nevada 89521
 Telephone: (775) 851-8700

Attorneys for Plaintiff MD Helicopters, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MD HELICOPTERS, INC., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>AEROMETALS, INC., <br><br>　　　　　Defendant. | CASE NO. 3:20-cv-00024-MMD-WGC <br><br>**ORDER REGARDING STAY OF MD HELICOPTERS INC.'S MOTION TO COMPEL DEPOSITION RELATED TO THIRD-PARTY SUBPOENA** |

On January 21, 2020, counsel for MD Helicopters, Inc. ("MDHI") and LeRoy Aday filed a joint stipulation requesting this Court grant a stay of Motion to Compel Deposition Related to Third-Party Subpoena (the "Motion to Compel"), filed December 5, 2019. The Court, having fully reviewed the Stipulation, and finding good cause for the request, orders as follows:

IT IS HEREBY ORDERED that:

1. MD Helicopters, Inc. is not required to reply at this time to Mr. Aday's Opposition to the Motion to Compel on January 21, 2020;

2. Further briefing on the Motion to Compel is stayed, and the hearing tentatively scheduled for February 5, 2020 is vacated;

3. Mr. Aday shall be deposed by counsel for MDHI on February 13, 2020 at 10:00 a.m.;

4. The deposition shall take place at the office of Holley, Driggs, Walch, Fine, Puzey, Stein & Thompson, 800 S. Meadows Parkway, Suite 800, Reno, Nevada;

5. If Mr. Aday is deposed as scheduled, counsel for MDHI is to notify the Court and move to dismiss this matter;

6. If Mr. Aday fails to attend the deposition as ordered herein, counsel for MDHI may request that a hearing on this motion be scheduled, may file a further brief before that hearing on a date to be determined, and may seek any other relief as may be proper.

Dated: January 22, 2020

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

1